B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bergenfield Senior Housing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**20-2693430** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**47 Legion Drive**<br>**Bergenfield, NJ 07621**           ZIP CODE **07621-0000** | Street Address of Joint Debtor (No. & Street, City, and State):           ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP CODE | Mailing Address of Joint Debtor (if different from street address):           ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

-----
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Bergenfield Senior Housing, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bergenfield Senior Housing, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br>X */s/ Aaron Applebaum*<br>Signature of Attorney for Debtor(s)<br>**Aaron S. Applebaum**<br>Printed Name of Attorney for Debtor(s)<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>Firm Name<br>**Three Gateway Center, 100 Mulberry Street<br>Newark, NJ 07102**<br>Address<br>Email:aapplebaum@mdmc-law.com<br>**302-300-4515 Fax:302-654-4031**<br>Telephone Number<br>**May 2, 2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */s/ Nicholas Rotonda*<br>Signature of Authorized Individual<br>**Nicholas Rotonda**<br>Printed Name of Authorized Individual<br>**Member/Manager**<br>Title of Authorized Individual<br>**May 2, 2013**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Bergenfield Senior Housing, LLC**                                       Case No.
                              Debtor(s)                                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted[1]* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **SM Global Group, LLC**<br>**c/o Edward Sun Kiel, Esq.**<br>**Cole Schotz**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | **SM Global Group, LLC**<br>**c/o Edward Sun Kiel, Esq.**<br>**Cole Schotz**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | Judgment | Disputed | **1,860,000.00** |
| **System Designs**<br>**300 Lackawanna Avenue**<br>**Suite 004**<br>**Woodland Park, NJ 07424** | **System Designs**<br>**300 Lackawanna Avenue**<br>**Suite 004**<br>**Woodland Park, NJ 07424** | | | **12,788.23** |
| **Piekarsky & Associate, L.L.C.**<br>**Grace Building**<br>**191 Godwin Avenue, Suite 1**<br>**Wyckoff, NJ 07481** | **Piekarsky & Associate, L.L.C.**<br>**Grace Building**<br>**191 Godwin Avenue, Suite 1**<br>**Wyckoff, NJ 07481** | | | **5,000.00** |
| **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | | | **4,063.85** |
| **Harleysville Insurance Processing Center**<br>**PO Box 37712**<br>**Philadelphia, PA 19101-5012** | **Harleysville Insurance Processing Center**<br>**PO Box 37712**<br>**Philadelphia, PA 19101-5012** | | | **2,771.60** |
| **United Water**<br>**69 DeVoe Place**<br>**Hackensack NJ 07601** | **United Water**<br>**69 DeVoe Place**<br>**Hackensack NJ 07601** | | | **1,815.46** |

---

[1] Counsel will provide contact names and phone numbers to the United States Trustee.

The Debtor also holds security deposits for certain tenants. As no such deposit exceeds $2,500, each such deposit is entitled to priority treatment under section 507(a) of the Bankruptcy Code, and no such claims are listed herein.

B4 (Official Form 4) (12/07) - Cont.
In re  **Bergenfield Senior Housing, LLC**                          Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted1 | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **BankDirect Capital Finance**<br>**Two Conway Park**<br>**150 North Field Drive, Suite 190**<br>**Lake Forest IL 60045** | **BankDirect Capital Finance**<br>**Two Conway Park**<br>**150 North Field Drive, Suite 190**<br>**Lake Forest IL 60045** | | | 1,313.88 |
| **Davis Carburetor & Electric**<br>**233 Park Avenue**<br>**East Rutherford NJ 07073** | **Davis Carburetor & Electric**<br>**233 Park Avenue**<br>**East Rutherford NJ 07073** | | | 1,640.00 |
| **Verizon**<br>**PO Box 4833**<br>**Trenton NJ 08650** | **Verizon**<br>**PO Box 4833**<br>**Trenton NJ 08650** | | | 549.43 |
| **Buldo Carting, Inc.**<br>**253 Ford Avenue**<br>**River Vale NJ 07675** | **Buldo Carting, Inc.**<br>**253 Ford Avenue**<br>**River Vale NJ 07675** | | | 544.80 |
| **Arrow Elevator of New Jersey**<br>**4 Cecilia Ct.**<br>**Vernon NJ 07462** | **Arrow Elevator of New Jersey**<br>**4 Cecilia Ct.**<br>**Vernon NJ 07462** | | | 400.00 |
| **Poland Spring**<br>**#215 6661 Dixie Hwy, Suite 4**<br>**Louisville KY 40258** | **Poland Spring**<br>**#215 6661 Dixie Hwy, Suite 4**<br>**Louisville KY 40258** | | | 15.86 |
| Staples, Inc.<br>500 Staples Drive<br>Framingham, MA 01702<br>Attn: Legal Department | Staples, Inc.<br>500 Staples Drive<br>Framingham, MA 01702<br>Attn: Legal Department | | | **undetermined** |
| Lowe's<br>P.O. Box 981064<br>El Paso, TX. 79998-1064 | Lowe's<br>P.O. Box 981064<br>El Paso, TX. 79998-1064 | | | **undetermined** |
| **Home Depot Credit Services**<br>**P.O. Box 9100**<br>**Des Moines, IA 50368-9101** | **Home Depot Credit Services**<br>**P.O. Box 9100**<br>**Des Moines, IA 50368-9101** | | | **undetermined** |

B4 (Official Form 4) (12/07) - Cont.
In re  Bergenfield Senior Housing, LLC                           Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 2, 2013                         Signature  /s/ Nicholas Rotonda
                                                     Nicholas Rotonda
                                                     Member/Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# CERTIFICATION OF RESOLUTION BERGENFIELD SENIOR HOUSING, LLC
# AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY PETITION

I certify that at a meeting of the members (the "Members") of Bergenfield Senior Housing, LLC ("BSH"), held on May 1, 2013, the following resolutions were adopted by unanimous vote:

## AUHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPETR 11

WHEREAS, the Members have reviewed the financial records of BSH, have considered the business and financial condition of BSH, and are aware of the assets, liabilities and liquidity of BSH; and have had the opportunity to consult with the management and advisors of BSH and fully consider all of the strategic alternatives available to BSH; and

WHEREAS, it appears necessary to file for protection under Chapter 11 of the Bankruptcy Code in order to preserve the assets of BSH and/or to effectuate a sale of BSH's assets for the benefit of its creditors and other parties in interest; it is therefore

RESOLVED, that Nicholas Rotonda and Rosemarie Rotonda (collectively the "Authorized Officers"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of BSH all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and hereby are authorized and directed to employ the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP as general bankruptcy counsel to represent and assist BSH in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized to execute any further appropriate retention agreements, pay appropriate retainers or other fees prior to filing of the chapter 11 case; and

RESOLVED, that the Authorized Officers be, and hereby are authorized and directed to take any and all actions and steps deemed by any such officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 bankruptcy case.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, BSH, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or

desirable to fully carry out the intent and accomplish the purposes of the foregoing Resolutions; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf BSH, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved.

Date MAY 1, 2013    Signed _____

Name/Title: Nicholas Rotonda, Managing Member