| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> FOR THE DISTRICT OF NEW JERSEY <br> **Caption in compliance with D.N.J. LBR 9004-2(c)** <br><br> **McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP** <br> Three Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> Aaron S. Applebaum, Esq. <br> Barry D. Kleban, Esq. (admitted *pro hac vice*) <br> Telephone:  (302) 300-4515 <br> Facsimile:   (302) 654-4031 <br> E-Mail:   aapplebaum@mdmc-law.com <br> *Attorneys for Debtor* | |
| In re: <br><br> BERGENFIELD SENIOR HOUSING, LLC, <br><br> Debtor. | Case No.: 13-19703-MS <br><br> Chapter 11 <br><br> Judge:  Morris Stern, U.S.B.J. |

**NOTICE OF DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY
TO PROSECUTE APPEAL TO SUPREME COURT OF STATE OF NEW JERSEY**

TO: ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned, attorneys for Bergenfield Senior Housing, LLC, the within debtor and debtor-in-possession (the "Debtor"), shall move before the honorable Morris Stern, United States Bankruptcy Judge, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order of Relief From the Automatic Stay to Prosecute Appeal to Supreme Court of the State of New Jersey (the "Motion").

**Your rights may be affected.  You should read these papers carefully, and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the undersigned shall rely on the Application submitted in support of the Motion which sets

forth the factual and legal bases upon which the requested relief should be granted.  A proposed Order granting the relief requested in the Motion has also been submitted.

PLEASE TAKE FURTHER NOTICE that, if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **October 8, 2013** (the "Response Deadline"), you or your attorney must:

File with the court a written response explaining your position at the United States Bankruptcy Court for the District of New Jersey Martin Luther King, Jr. Federal Building 50 Walnut Street Newark, NJ 07102 (the "Bankruptcy Court").

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the Response Deadline.

You must also mail a copy of any response to the Debtor's attorneys at the address listed below.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled before the Honorable Judge Stern at the Bankruptcy Court, courtroom 3A, on **October 15, 2013 at 12:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that if you do not take these steps, and no objections to the Motion are asserted as set forth herein, the Court may treat the Motion as unopposed and grant the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to D.N.J. LBR 9013-2, this matter does not involve complex factual or legal issues, and as such no memorandum of law is being submitted herewith.

                                                   McELROY, DEUTSCH, MULVANEY
                                                   & CARPENTER, LLP
                                                   *Attorneys for Debtor*

Date:  September 23, 2013        By:    */s/ Aaron S. Applebaum*_____
                                                         Aaron S. Applebaum, Esq.