| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> FOR THE DISTRICT OF NEW JERSEY <br> **Caption in compliance with D.N.J. LBR 9004-2(c)** <br><br> **McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP** <br> Three Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> Barry D. Kleban, Esq. (*admitted pro hac vice*) <br> Aaron S. Applebaum, Esq. <br> Telephone:  (302) 300-4515 <br> Facsimile:   (302) 654-4031 <br> E-Mail:   bkleban@mdmc-law.com <br>           aapplebaum@mdmc-law.com <br> *Attorneys for Debtor* | |
| In re: <br><br> BERGENFIELD SENIOR HOUSING, LLC, <br><br> Debtor. | Case No.: 13-19703-MS <br><br> Chapter 11 <br><br> Judge:  Morris Stern, U.S.B.J. |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that, in accordance with the terms of the ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (II) APPROVING THE FORM AND SCOPE OF NOTICE OF THE BID PROCEDURES [Docket No. 69] (the "Bidding Procedures Order"),[1] the above-captioned debtor and debtor in possession (the "Debtor") conducted an Auction on December 16, 2013 for substantially all of the assets of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the auction, the Debtor determined that the Successful Bidder was Legion Manor Associates Limited Liability Company, which submitted the highest bid at the Auction in the amount of $14,700,000.  880 Bergen Avenue, LLC was selected as the Back-Up Bidder with a bid in the amount of

---

[1]    Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

$14,675,000.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Bidding Procedures Order, the Debtor intends to seek court approval for the sale to the Successful Bidder, and has requested such approval pursuant to the Debtor's proposed Second Amended Chapter 11 Plan (the "Proposed Plan"), the Disclosure Statement for which was approved on December 13, 2013. A hearing to consider confirmation of the Proposed Plan is scheduled for January 14, 2014 at 10:30 a.m. before the Honorable Morris Stern, United States Bankruptcy Judge, Bankruptcy Court for the District of New Jersey. The deadline to object to confirmation of the Proposed Plan is January 10, 2014.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
*Attorneys for Debtor*

Date: December 17, 2013    By:    */s/ Aaron S. Applebaum*
Aaron S. Applebaum, Esq.